UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | |
|---|---|
| **PAXTON WILLIAMS,**<br>　　　Plaintiff,<br>vs.<br><br>**JOHN DOES 1-8, JACOB HEDLUND, & TRUDY PAULSON,** individually and in their official capacity as law enforcement officers for the Des Moines, Iowa Police Department; Sergeant **JEFF ROBINSON,** individually and in his official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; **DANA WINGERT,** individually and in his official capacity as Chief of Police for the Des Moines, Iowa Police Department; **CITY OF DES MOINES, IOWA,**<br>　　　Defendants. | Case No. 4:22-CV-00240-SBJ<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

---

COMES NOW Attorney Jacob M. Oeth and hereby request that he be allowed to withdraw as counsel for Plaintiff Paxton Williams. Mr. Oeth has accepted a position at another law firm and his last day at Dickey, Campbell, & Sahag Law Firm, PLC will be December 31, 2023. Attorney Angela Campbell will remain as counsel for Plaintiff. No party will be prejudiced by this motion.

　　　　　　　　　　　　　　　　　　　　/s/ *Jacob M. Oeth*
　　　　　　　　　　　　　　　　　　　　Jacob M. Oeth, AT# 0013814
　　　　　　　　　　　　　　　　　　　　DICKEY, CAMPBELL, SAHAG LAW FIRM, P.L.C.
　　　　　　　　　　　　　　　　　　　　301 East Walnut Street, Suite 1
　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　　　　PHONE: 515.288.5008
　　　　　　　　　　　　　　　　　　　　FAX: 515.288.5010
　　　　　　　　　　　　　　　　　　　　E-MAIL: jake@iowajustice.com

Original Filed.