# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

**PRESIDING: HONORABLE** STEPHEN B. JACKSON, JR., CHIEF U.S. MAGISTRATE JUDGE

**Case No.** 4:22-cv-00240-SBJ

**Court Reporter:** Kelli Mulcahy

**Interpreter:** None

| Plaintiff(s) | Defendant(s) |
|---|---|
| Paxton Williams | Jacob Hedlund |

**Plaintiff(s) Counsel:** Angela L. Campbell

**Defendant(s) Counsel:** Michelle Mackel-Wiederanders and Luke DeSmet

**Issues before the Court:** Second Day of Jury Trial

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Defendant's Oral Motion for Judgment as a Matter of Law under Rule 50A | Denied |
| Plaintiff's Oral Motion for Judgment as a Matter of Law | Denied |

**Proceedings:**

At 8:42 am, Court conducts a pretrial conference with the parties. Parties discuss trial issues. Court in recess at 8:47 am.
At 9:00 am, Plaintiff continues presentation of case-in-chief. Court in recess from 10:30-10:50 am. Outside the presence of the jury at 10:30 am, Counsel discuss trial exhibit. Court makes ruling on Exhibit D. At 10:35 am, Court in recess until 10:50 am. At 10:50 am, Plaintiff continues presentation of case-in-chief. Court in recess from 12:02-1:15 pm. Outside the presence of the jury at 1:15 am, Court discuss trial schedule. At 1:20 pm, Plaintiff continues presentation of case-in-chief. Plaintiff rests. Outside the presence of the jury at 1:55 pm, Court takes up trial matters with the parties. Defendant moves for a Judgment as a Matter of Law under Rule 50A. Arguments heard. Court denied the Oral Motion for Judgment as a Matte of Law under Rule 50a. Court takes a break from 2:20-2:25 pm. At 2:25 pm, Defendant presents its case-in-chief. Defendant rests. Jury excused at 3:06 pm. Outside the presence of the jury at 3:06 pm, Court discuss scheduling of trial and other trial issues. Court takes a break from 3:11-3:16 pm. Court has off the record discussion of the final jury instructions. Court is in recess at 3:30 pm, and will reconvene on October 23, 2024, at 9:00 am. Counsel shall meet at 8:30 am on October 23, 2024.

**Time Start:** 8:42 am
**Time End:** 3:30 pm
**Date:** October 22, 2024

/s/ Brian Phillips
Deputy Clerk