UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| PAXTON WILLIAMS, | * | CIVIL NO. 4:22-cv-00240-SBJ |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | **VERDICT** |
| JACOB HEDLUND, | * | |
| | * | |
| Defendant. | * | |
| | * | |

We, the Jury, find the following verdict on the questions submitted to us on the claims asserted by plaintiff Paxton Williams against defendant Jacob Hedlund:

**QUESTION NO. 1: Use of Excessive Force**

On the claim for use of excessive force, we find in favor of:

\_\_\_\_\_ Plaintiff Paxton Williams      __X__ Defendant Jacob Hedlund

**QUESTION NO. 2: Intentional Infliction of Severe Emotional Distress**

On the claim for intentional infliction of severe emotional distress, we find in favor of:

\_\_\_\_\_ Plaintiff Paxton Williams      __X__ Defendant Jacob Hedlund

**QUESTION NO. 3: Battery**

On the claim for battery, we find in favor of:

\_\_\_\_\_ Plaintiff Paxton Williams      __X__ Defendant Jacob Hedlund

**QUESTION NO. 4: Compensatory Damages**

If you found in favor of plaintiff Paxton Williams on any of the above claims, what is the amount of compensatory damages you assess?

| | |
|---|---|
| Past physical pain and suffering: | $_____ |
| Future physical pain and suffering: | $_____ |
| Past mental/emotional pain and suffering: | $_____ |
| Future mental/emotional pain and suffering: | $_____ |

If you found in favor of plaintiff Paxton Williams on the claim for use of excessive force but you find he has failed to prove damages, you must still award nominal damages of $1.00. Do not award "nominal damages" if you award any "compensatory damages" for the use of excessive force.

Nominal Damages:        $_____

**[Please date and sign the form and inform the Court Security Officer that you have completed your deliberations.]**

Dated this __23rd__ day of October, 2024.

_____          _____
FOREPERSON                          JUROR

_____          _____
JUROR                               JUROR

_____          _____
JUROR                               JUROR

_____          _____
JUROR                               JUROR